UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-407-01(GEB) |
| | : | ORDER APPOINTING FEDERAL PUBLIC DEFENDER |
| v. | : | |
| ANDREW J. PIERRE | : | |
| | : | |

The financial inability of the defendant to retain counsel having been established by the court, and the defendant not having waived the appointment of counsel, and for good cause shown; it is on this the 22nd day of June 2006;

ORDERED that Lisa Van Hoeck, AFPD, of the Federal Public Defender Organization for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of this Court.

s/Anne E. Thompson
HONORABLE ANNE E. THOMPSON
United States District Judge

cc: Lisa Van Hoeck, AFPD